NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN METROCAVAGE and SHARY
METROCAVAGE,

    Appellants,

v.

Case No. 2D17-3388

THE BANK OF NEW YORK MELLON
f/k/a THE BANK OF NEW YORK as
trustee for the certificate holders of
CWABS 2004-2005; NATIONSTAR
MORTGAGE, LLC f/k/a CENTEX
HOME EQUITY CO., LLC; BANK OF
AMERICA, N.A. f/k/a BAC HOME
LOAN SERVICING, L.P.; FIELD
ASSET SERVICES, INC.,

    Appellees.

_____

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Manatee
County; Lon Arend, Judge.

Brian Metrocavage and Shary
Metrocavage, pro se.

Nancy M. Wallace of Akerman, LLP,
Tallahassee; William P. Heller of Akerman,
LLP, Fort Lauderdale; and Eric M. Levine of
Akerman, LLP, West Palm Beach, for
Appellee Bank of America.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.